IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.:2:07mj097-WC |
| | ) | |
| RONNIE DALE NOBLE | ) | |

## ORDER ON MOTION

Upon consideration of Defendant's Motion to Withdraw and Appointment of CJA Panel Attoreny (Doc. #8), in which Defendant also requests a continuance of the preliminary and detention hearing, currently set for 14 November 2007, at 2:00 P.M., and for good cause, it is

ORDERED that the motions are (Doc. #8) GRANTED. The hearing is reset for **19 November 2007, at 10:30 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

Done this 14th day of November, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE