IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CR. NO. 2:07CR282-MEF |
| | ) | |
| RONNIE DALE NOBLE | ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:   The United States Marshal and his Deputies:

ARRAIGNMENT is hereby set for _____November 28, 2007,_____ in the above-styled cause.

You are DIRECTED to produce the following named prisoner:

RONNIE DALE NOBLE

before the United States District Court at _____One Church Street, Montgomery, AL_____

in Courtroom 5-B on the _28th_ Day of _____November, 2007_____

at _____10:30 a.m._____

DONE this _16th_ day of November, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: _/s/ Kelli Gregg_
Deputy Clerk