IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


UNITED STATES OF AMERICA          )
                                  )
v.                                )     CR CASE NO.  2:07cr282-MEF
                                  )
RONNIE NOBLE

## ORDER

For good cause, it is

ORDERED that the preliminary and detention hearings currently set for November 19, 2007 before the undersigned is canceled.

DONE this 19th  day of November 2007.


/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE