IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-282-MEF |
| ) | |
| RONNIE DALE NOBLE ) | |

## PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Ronnie Dale Noble, into the custody of Devin Whittle, DEA, and/or Eddie Spivy, DEA, from November 26, 2007, through February 26, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. We further move the Court to enter an order directing Devin Whittle, DEA, and/or Eddie Spivy, DEA, to return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Respectfully submitted this the 26th of November, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-282-MEF |
| | ) | |
| RONNIE DALE NOBLE | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

          LEURA G. CANARY
          UNITED STATES ATTORNEY

          /s/ A. Clark Morris
          A. CLARK MORRIS
          Assistant United States Attorney
          Post Office Box 197
          Montgomery, Alabama 36101-0197
          334.223.7280
          334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )    CR. NO. 2:07-cr-282-MEF |
| | ) |
| RONNIE DALE NOBLE | ) |

O R D E R

Upon consideration of the government's motion for release of prisoner filed on November 26, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Ronnie Dale Noble, to Devin Whittle, DEA, and/or Eddie Spivy, DEA, on November 26, 2007, through February 26, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Devin Whittle, DEA, and/or Eddie Spivy, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the _____ day of November, 2007.

_____
Charles S. Coody
UNITED STATES MAGISTRATE JUDGE