IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-cr-282-MEF |
| ) | |
| RONNIE DALE NOBLE ) | |

**O R D E R**

Upon consideration of the government's motion for release of prisoner filed on November 26, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Ronnie Dale Noble, to Devin Whittle, DEA, and/or Eddie Spivy, DEA, on November 26, 2007, through February 26, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Devin Whittle, DEA, and/or Eddie Spivy, DEA, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

Done this 28th day of November, 2007.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE