IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.  2:07cr282-004-WKW |
| | ) | |
| RONNIE DALE NOBLE | ) | |

## ORDER TO PRODUCE PRISONER
## FOR ARRAIGNMENT

TO:   United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for December 19th, 2007 in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>RONNIE DALE NOBLE</u> before the United States District Court at One Church Street, Montgomery, Alabama, Courtroom 4A, on the 19th day of December, 2007, at 9:30 a.m..

DONE, this the 11th day of December, 2007.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By:  _/s/_ 
Deputy Clerk