IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.:    2:07-CR-282-WKW |
| | ) | |
| RONNIE DALE NOBLE | ) | |
| STEVE CATON | ) | |
| THOMAS FRANK CAMPBELL | ) | |
| THOMAS JACKSON TAYLOR | ) | |
| THOMAS GEORGE HARTMAN | ) | |
| DANNY LEE WOOD | ) | |
| PATRICK WAYNE DISMUKES | ) | |

**ORDER**

For good cause, it is

**ORDERED** that arraignment of the above defendants be and is hereby scheduled for **December 20, 2007 at 10:00 a.m.**, **in courtroom 4-B**, before **Chief United States Magistrate Judge Charles S. Coody**, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama.  It is further

**ORDERED** that following arraignment the court will hold a scheduling conference to discuss pretrial matters and a trial setting.

If the defendants are in custody, the United States Marshal or the person having custody of the defendants shall produce the defendants for the proceeding.

Done this 13th day of December, 2007.

　　　　　　　　　　　　　　　　　　/s/Charles S. Coody
　　　　　　　　　　　　　　　　CHARLES S. COODY
　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE