IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07-cr-282-WKW |
| | ) | |
| RONNIE DALE NOBLE | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss the Indictment (Doc. # 41), heretofore filed in the above styled cause, and for good cause shown, it is ORDERED that the motion is GRANTED.

DONE this 14th day of December, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE

DISMISSAL OF INDICTMENT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Indictment heretofore filed on November 16, 2007, in the above styled cause.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135