IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs. )<br>)<br>RONNIE DALE NOBLE, )<br>VERA EVANS, )<br>DANNY EVANS, )<br>STEVE CATON, )<br>THOMAS FRANK CAMPBELL, )<br>   a.k.a. Cherokee, )<br>THOMAS JACKSON TAYLOR, )<br>THOMAS GEORGE HARTMAN, )<br>DANNY LEE WOOD, )<br>CHRISTOPHER GILMER, )<br>   a.k.a. Chris Brown, )<br>CASEY BRIAN SHAFFER, and )<br>PATRICK WAYNE DISMUKES, )<br>   a.k.a. Dizzy ) | CR. NO.:  2:07cr282-WKW |

**ORDER**

A second superseding indictment was filed on January 9, 2008.  Accordingly, it is

ORDERED that arraignment on this indictment be and is hereby set on January 23, 2008, at 1:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama.   It is further

ORDERED that with respect to any defendant who has once appeared for arraignment in this case, these defendants may in accordance with FED.R.CRIM.P. 10(b) waive arraignment on the second superseding indictment if the written waiver consistent with FED.R.CRIM.P.  10(b)(2) is filed on or before January 18, 2008, and the court accepts the waiver.

If the defendants are in custody, the United States Marshal or the person having custody of the defendants shall produce the defendants for the proceeding unless the court accepts a waiver as set forth in this order.

Done this 11th day of January, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE