# UNITED STATES DISTRICT COURT
# FOR THE
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF APPEARANCE FOR ARRAIGNMENT** (Rule 10(b), Fed. R. Crim. P.) |
| v. | |
| RONNIE DALE NOBLE | Case Number: 2:07-cr-0282-WKW |

I, RONNIE DALE NOBLE, charged in an indictment pending in the Middle District of Alabama in violation of Title 21, U.S.C., § 841 (a)(1), do hereby **waive** my right to appear at an arraignment.

I acknowledge that I have received and reviewed a copy of the indictment and have agreed to enter a plea of not guilty.

_1-14-08_
Date

_[signature]_
**Defendant**

_[signature]_
**Counsel for Defendant**

*The defendant's request to waive appearance at the arraignment is hereby APPROVED.*

_____
Date

_____
Judicial Officer