IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 2:07cr282-004-WKW |
| ) | |
| RONNIE DALE NOBLE ) | |

ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT

TO:  United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for <u>January 23, 2008</u> in the above-styled case.

You are DIRECTED to produce the following named prisoner: <u>RONNIE DALE NOBLE</u> before the United States District Court at Courtroom 4-B, on the 23rd day of January, 2008, at 1:30 p.m..

DONE, this the 15th day of January, 2008.

CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE

By: *[signature]*
Deputy Clerk