IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO.: 2:07-CR-282-WKW |
| | ) | |
| RONNIE DALE NOBLE | ) | |
| DANNY EVANS | ) | |
| VERA EVANS | ) | |
| ERIC SAUCIER | ) | |
| STEVE CATON | ) | |
| THOMAS FRANK CAMPBELL | ) | |
| THOMAS JACKSON TAYLOR | ) | |
| THOMAS GEORGE HARTMAN | ) | |
| DANNY LEE WOOD | ) | |
| CHRISTOPHER GILMER | ) | |
| CASEY BRIAN SHAFFER | ) | |
| PATRICK WAYNE DISMUKES | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the pretrial conference presently set for **June 20, 2008** be and is hereby **RESET** for **June 10, 2008 at 10:00 a.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 14th day of May, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE