IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07cr282-WKW |
| ) | |
| RONNIE DALE NOBLE ) | |

**ORDER ON MOTION**

Upon consideration of the Government's Motion for Release of Prisoner (Doc. #245) filed on July 9, 2008, and for good cause, it is

ORDERED that the Motion (Doc. #245) is GRANTED. It is further

ORDERED that the United States Marshals Service shall release custody of Ronnie Dale Noble from July 9, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is further

ORDERED that Devin Whittle and/or Eddie Spivey, DEA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this 11th day of July, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE