IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CR. NO. 2:07cr282-WKW |
| | ) |
| RONNIE DALE NOBLE | ) |

**ORDER**

This case is before the court on the Government's Motion to Strike Forfeiture Allegation (Doc. # 255) in which the government asks the court to strike the forfeiture allegation from the Second Superseding Indictment (Doc. # 120). It is ORDERED that the motion is GRANTED, and the forfeiture allegation is STRICKEN.

Done this the 15th day of July, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE